UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                     :

C. Gregory Earls,                      :

                Petitioner          :

                                        :

        - v. -                         :

UNITED STATES OF AMERICA,   :

                Respondent        :

ECF CASE

NOTICE OF APPEARANCE
AND REQUEST FOR
**ELECTRONIC
NOTIFICATION**

07 CV 5946 (NRB)
03 CR 364 (NRB)

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The Government respectfully submits this Notice that the undersigned Assistant United States Attorney will be representing the Government in the above-referenced matter, and the undersigned attorney respectfully requests the Clerk to add him as Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                   Respectfully Submitted,

                                                   MICHAEL J. GARCIA
                                                   Unites States Attorney

                                   By:    /s/ William J. Stellmach
                                           William J. Stellmach
                                           Assistant United States Attorneys
                                           (212) 637-2101
                                           william.stellmach@usdoj.gov

TO: Thomas C. Green, Esq.

## CERTIFICATE OF SERVICE

Lauren McDonough deposes and says:

That she is employed in the Office of the United States Attorney for the Southern District of New York; and

That on July 9, 2007 she caused to be served a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION by First Class mail:

>  Thomas C. Green, Esq.
>  Sidley Austin LLP
>  1501 K Street, N. W.
>  Washington, DC 20005

I declare under penalty of perjury that the foregoing is true and correct. Title 28, United States Code, Section 1746.

>  /s/ Lauren McDonough
>  Lauren McDonough

Executed on:  July 9, 2007
              New York, New York